COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| KEVIN ROREECE RAY, | § | No. 08-13-00342-CR |
| Appellant | § | Appeal from the |
| v. | § | Criminal District Court No. 2 |
| THE STATE OF TEXAS, | § | of Tarrant County, Texas |
| Appellee. | § | (TC# 1280504D) |
| | § | |

## MEMORANDUM OPINION

Appellant, Kevin Roreece Ray, has filed a motion to dismiss this appeal. Rule 42.2(a) permits an appellate court to dismiss a criminal appeal on the appellant's motion at any time before the court's decision. TEX.R.APP.P. 42.2(a). Because the Appellant has complied with the requirements of Rule 42.2(a), we grant the motion and dismiss the appeal.


GUADALUPE RIVERA, Justice

February 19, 2014

Before McClure, C.J., Rivera, and Rodriguez, JJ.

(Do Not Publish)